| | |
|---|---|
| TATYANA ISHUTKINA: | US DISTRICT COURT |
| v. | OF MASSACHUSETTES |
| MORGAN, BROWN & JOY, LLP: | April 8, 2015 |

## COMPLAINT

### Parties

- Plaintiff: Tatyana Ishutkina, 23 Irving St. Apt. 9, Boston, MA 02114, a citizen of the United States
- Defendant: Morgan, Brown & Joy, LLP, 200 State St., Boston, MA 02109

### Jurisdiction

This court has jurisdiction over this matter pursuant to 28 U.S.C. §1332

### Facts

1. On March 31, 2015 Plaintiff made a request for a meeting with attorneys Mr. Joy and Mr. Whitney[1] by sending the following material:

    *Dear Mr. Joy,*

    *Dear Mr. Whitney,*

    *One order from the Judge is sufficient for activating a substantial consideration of the case materials by the attorneys representing Electric Boat, a wholly owned subsidiary of General Dynamics (Company).*

---

1 Representatives / employees of Electric Boat, a wholly owned subsidiary of General Dynamics (75 Eastern Point Rd., Groton, CT 06340) / law firm Morgan, Brown & Joy, LLP (200 State St., Boston, MA 02109-2605)

*It would take place if attorneys from a law firm representing the Company have no personal interest in the processes that are taking place inside and outside the Company.*

*Despite of the Judge orders from July 2011 to April 2015 (a period of three and a half years) all forms to activate the case have been blocked by the procedural process organized by the team of the attorneys from Morgan, Brown & Joy, LLP. The connection between these attorneys and the Company - who performs which role – has been manifested by the activation of Putin's actions.*

*Plaintiff has support in presenting the American culture from the Navy, Pentagon, and US Congress.*

*Detailed information will be provided during the meeting.*

*Because Electric Boat, a wholly owned subsidiary of General Dynamics, presents the State at the world arena, I believe that the office area of Mayor Pedro E. Segarra or Governor Dannel P. Malloy is an appropriate place for a meeting with you.*

*Meeting date: April 2, 2015 at 11 am.*

*Sincerely,*

*/s/*

*Tatyana Ishutkina*


2. Basis for this letter was a letter from Mr. Joy "direct all future communication to me. Direct communication by you to the President or other executives at EB should immediately cease" (see Exhibit C)

3. What question the Plaintiff presented in this request for a meeting with Mr. Joy and Mr. Whitney is delineated below. We will take a text from the Plaintiff's letter and describe the question

   *a) One order from the Judge is sufficient for activating a substantial consideration of the case materials by the attorneys representing Electric Boat, a wholly owned subsidiary of General Dynamics (Company)*

The Plaintiff's complaint had been accepted, a case number had been assigned[2]

   *b) It would take place if attorneys from a law firm representing the Company have no personal interest in the processes that are taking place inside and outside the Company.*

The attorney's actions were the following:
   1. The attorneys from Morgan, Brown & Joy, LLP presented a statement of facts to the Judge
   2. The statement of facts is an order for a Judge
   3. Attorneys requested to specify participants involved, with a specific content of their activities
   4. Judge J. L. Tauro[3] through his order satisfied this request
   5. The attorneys from Morgan, Brown & Joy, LLP presented a strategy in the Human Resources Department of Electric Boat, a wholly owned subsidiary of General

---

2  U.S. District Court of Massachusetts, Case # C.A. NO. 11-11229-JLT, Tatyana Ishutkina v. Electric Boat
3  U.S. District Court of Massachusetts, Case # C.A. NO. 11-11229-JLT, Tatyana Ishutkina v. Electric Boat

Dynamics (Company), for destabilization of the participants identified in the Plaintiff's case

6. The permission-order for strategy development and implementation from the Company's management has been obtained

7. The permission-order for strategy development and implementation from the external installations has been obtained

8. Strong forms of personal interests are obvious

c) *Despite of the Judge orders from July 2011 to April 2015 (a period of three and a half years) all forms to activate the case have been blocked by the procedural process organized by the team of the attorneys from Morgan, Brown & Joy, LLP*

1. It is required to revoke Mr. Joy's and Mr. Whitney's right to represent the Company in this case

2. A conflict "Attorneys and Judges' orders" is the subject for resolution of this complaint

d) *The connection between these attorneys and the Company - who performs which role – has been manifested by the activation of Putin's actions.*

Mr. D. Rogozin, Deputy Prime Minister of the Russian Federation, made a statement to the world community that they are interested to hire foreign professionals for their defense industry. This process will include providing employment, residence and even citizenship to the foreign nationals who will be hired to work in their military industrial complex.

  e) *Plaintiff has support in presenting the American culture from the Navy, Pentagon, and US Congress.*

*Detailed information will be provided during the meeting.*

GAO reports[4] prepared these institutions [*the Navy, Pentagon, and US Congress*] for work in the social systems of the United States

  f) *Because Electric Boat, a wholly owned subsidiary of General Dynamics, presents the State at the world arena, I believe that the office area of Mayor Pedro E. Segarra or Governor Dannel P. Malloy is an appropriate place for a meeting with you.*

*Meeting date: April 2, 2015 at 11 am.*

WHEREFORE, the Plaintiff Tatyana Ishutkina claims one or more of the following claims for relief:

1.   Income loss; and

2.   Such other and further relief as in law the court may provide

---

4 United States Government Accountability Office Report GAO-13-738T. Testimony Before the Subcommittee on Seapower and Projection Forces, Committee on Armed Services, House of Representatives "NAVY SHIPBUILDING: Significant Investments in the Littoral Combat Ship Continue Amid Substantial Unknowns about Capabilities, Use, and Cost" Statement of Paul L. Francis, Managing Director Acquisition and Sourcing Management. For Release on Delivery Expected at 9:30 a.m. EDT, July 25, 2013 [http://www.gao.gov/assets/660/656194.pdf, accessed on November 26, 2013]

United States Government Accountability Office Report to Congressional Requesters GAO-13-396 "FORD-CLASS CARRIERS: Lead Ship Testing and Reliability Shortfalls Will Limit Initial Fleet Capabilities" issued in September 2013 [http://www.gao.gov/assets/660/657412.pdf, accessed on November 26, 2013]

United States Government Accountability Office, Report GAO-14-122 to Congressional Committees "NAVY SHIPBUILDING: Opportunities Exist to Improve Practices Affecting Quality", November 19, 2013 [http://www.gao.gov/products/GAO-14-122, accessed on November 26, 2013]

STATEMENT OF AMOUNT IN DEMAND

(1) The Court should order to reinstate Plaintiff at work

(2) The Court should make a decision in the aspect of material compensation of the Plaintiff, who is unemployed since July of 2011

Compensation request:

Income loss for one year ($96,000.00) * 13 years (until retirement age)

Total:                    $1,248,000.00

I am requesting a compensation for three years since I was discharged and future lost of income and $6, 240,000.00 for moral damage plus $1,000,000.00 loss on the short sale of the home plus $1,500,000 that were formed based on the request of the Defendant's Counsel from the Law Firm McGuire Woods LLP representing General Dynamics to pay attorney's fees by the Plaintiff ($1,500.00 for attendance of one hearing without any review and respond to the Plaintiff's documentation) (Basis: an order of Judge J. Thacher – available upon request)

that is in total of $9,988,000.00

Respectfully,

*T. Ishutkina*

Tatyana Ishutkina
Pro Se
23 Irving St. #9
Boston, MA 02114
Tel. (617) 320 7855

Enclosure. Exhibit C. Letter from Mr. R. Joy, dated August 30, 2011