CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing notice was forwarded on April 08, 2015 to all parties of record, postage pre-paid, as follows:

Morgan, Brown & Joy, LLP

200 State St.

Boston, MA 02109-2605

Sincerely,

*[signature: T. Ishutkina]*

Tatyana Ishutkina

Pro Se

23 Irving St. #9

Boston, MA 02114

Tel. (617) 320 7855

7

**MORGAN, BROWN & JOY LLP**

ATTORNEYS AT LAW
200 STATE STREET
BOSTON, MASSACHUSETTS 02109-2605
TELEPHONE (617) 523-6666
FACSIMILE (617) 367-3125

ROBERT P. JOY

DIRECT DIAL (617) 788-5007
E-FAX (617) 977-9261
rpjoy@morganbrown.com

August 30, 2011

Tatyana Ishutkina
23 Irving Street, Apt. 9
Boston, MA  02114

      Re:    *Electric Boat Corporation*

Dear Ms. Ishutkina:

      This law firm represents Electric Boat Corporation ("EB"). In view of the fact that you have initiated legal action against EB, please direct all future communication to me. Direct communication by you to the President or other executives at EB should immediately cease.

                        Very truly yours,

                        Robert P. Joy

RPJ/njw

cc:    Shawn Coyne, Esq.

EXHIBIT C

ADDITIONAL SHEET
TO THE ATTACHMENT 3 SECTION 3

- Case # C.A. NO. 11-11229-JLT, Tatyana Ishutkina v. Electric Boat, U.S. District Court of Massachusetts

- Case #: 3:11-cv-01784-RNC, Tatyana Ishutkina v. Electric Boat, U.S. District Court for the District of Connecticut

- Case # CL 2012-0014693, Tatyana Ishutkina v. General Dynamics, Fairfax Circuit Court

- Case # HHD-CV-13-5037200-S, Tatyana Ishutkina v. Electric Boat, Connecticut Superior Court

- Case # 3:13-cv-016999-CSH; Tatyana Ishutkina v. McGuire Woods LLP; U.S. District Court for the District of Connecticut;

- U.S. District Court for the District of Connecticut; Case # 13: CV-1117-VLB; Tatyana Ishutkina v. Morgan, Brown & Joy LLP